UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U-BLOX AG, et al.,<br><br>         Plaintiffs,<br><br>v.<br><br>INTERDIGITAL, INC., et al.,<br><br>         Defendants. | Case No.: 3:19-cv-001-CAB-(BLM)<br><br>**ORDER ON MOTION TO FILE UNDER SEAL**<br>**[Doc. No. 6]** |

  The Court, having considered Plaintiffs u-blox AG, u-blox San Diego Inc., and u-blox Amercia, Inc.'s (collectively "u-blox") Motion For Leave to File Documents Under Seal [Doc. No. 6], and having determined that there are compelling reasons that overcome the presumption of public access, hereby **GRANTS** u-blox's Motion. Accordingly, the following documents, or portions thereof, may be filed UNDER SEAL:

- Portions of the Complaint;
- Portions of Plaintiffs' Memorandum of Points and Authorities in Support of *Ex Parte* Application for Temporary Restraining Order and An Order to Show Cause re Preliminary Injunction;
- Portions of the Declaration of Kent Baker in Support of *Ex Parte* Application for Temporary Restraining Order and An Order to Show Cause re Preliminary Injunction;
- Exhibits A – I to the Declaration of Kent Baker filed in Support of *Ex Parte*

Application for Temporary Restraining Order and An Order to Show Cause re Preliminary Injunction;

- Portions of the Declaration of Mark Murray in Support of *Ex Parte* Application for Temporary Restraining Order and An Order to Show Cause re Preliminary Injunction;

- Exhibits A – B to the Declaration of Mark Murray filed in Support of *Ex Parte* Application for Temporary Restraining Order and An Order to Show Cause re Preliminary Injunction; and

- Portions of the Declaration of Andreas Thiel in Support of *Ex Parte* Application for Temporary Restraining Order and An Order to Show Cause re Preliminary Injunction.

Counsel are instructed to familiarize themselves with Judge Bencivengo's Chambers Rules for seeking permission regarding filing documents under seal, which is accessible via the Court's website at www.casd.uscourts.gov.

It is **SO ORDERED**.

Dated:  January 3, 2019

_____
Hon. Cathy Ann Bencivengo
United States District Judge