UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| U-BLOX AG, et al., | Case No.: 3:19-cv-001-CAB-(BLM) |
|---|---|
| Plaintiffs, | **ORDER SETTING BRIEFING SCHEDULE AND HEARING DATE** |
| v. | |
| INTERDIGITAL, INC., et al., | |
| Defendants. | |

On January 1, 2019, Plaintiffs u-blox AG, u-blox San Diego Inc., and u-blox Amercia, Inc. (collectively "u-blox") filed an Ex Parte Application for Temporary Restraining Order, and Order to Show Cause Re Preliminary Injunction. [Doc. No. 2.] Plaintiffs seek a temporary restraining order ("TRO") to enjoin Defendants and their agents, servants, and employees, during the pendency of this action or until a FRAND rate is otherwise determined, from contacting u-blox's customers and downstream manufacturers, demanding royalty payments from them for products incorporating u-blox technology, or otherwise disrupting or interfering with u-blox's relationships with its customers and downstream manufacturers.

Defendants **SHALL FILE** a response to Plaintiffs' application on or before **9:00 a.m. on Tuesday, January 15, 2019**. Plaintiffs **SHALL FILE** a reply on or before **9:00 a.m. on Tuesday January 22, 2019**. The Court will hold a hearing in **Courtroom 4C** on **Wednesday, January 23, 2018 at 2:00 p.m.**

1

1       Appearances are to be made by counsel who have actual and detailed knowledge of
2 the case.
3       It is **SO ORDERED**.
4 Dated: January 3, 2019

                                       Hon. Cathy Ann Bencivengo
                                       United States District Judge