| | |
|---|---|
| 1 | |
| 2 | |
| ... | |

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U-BLOX AG, U-BLOX SAN DIEGO, INC., AND U-BLOX AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> INTERDIGITAL, INC.; INTERDIGITAL COMMUNICATIONS, INC; INTERDIGITAL TECHNOLOGY CORPORATION; INTERDIGITAL PATENT HOLDINGS, INC.; INTERDIGITAL HOLDINGS, INC.; and IPR LICENSING, INC. <br><br> Defendants. | Case No.: 3:19-cv-001-CAB-(BLM) <br><br> **ORDER GRANTING JOINT MOTION FOR CONTINUANCE OF HEARING DATE FOR PLAINTIFFS'** *EX PARTE* **APPLICATION FOR TEMPORARY RESTRAINING ORDER** <br> [Doc. No. 20] <br> Judge: Hon. Cathy Ann Bencivengo <br><br> Courtroom: 4C |

| | |
|---|---|
| 1 | Presently before the Court is the Parties' joint motion for continuance of |
| 2 | hearing date for Plaintiffs' Ex Parte Application for Temporary Restraining Order. |
| 3 | Having reviewed the motion, and good cause appearing, the Court GRANTS the |
| 4 | joint motion. |

Accordingly, IT IS HEREBY ORDERED that: (i) Defendants shall file a response to Plaintiffs' application on or before Friday, January 18, 2019, (ii) Plaintiffs shall a reply on or before Friday January 25, 2019, and (iii) a hearing will be held on Thursday, January 31, 2019 at 10:00 a.m. in Courtroom 4C.

IT IS SO ORDERED.

Dated: January 7, 2019

_____
Hon. Cathy Ann Bencivengo
United States District Judge