ADAM L. BRAVERMAN
United States Attorney
KATHERINE L. PARKER
Assistant U.S. Attorney
Chief, Civil Division
California State Bar No. 222629
United States Attorney's Office
880 Front Street, Room 6293
San Diego, CA 92101-8893
Telephone: (619) 546-7669/7478
Facsimile: (619) 546-7751
Email: katherine.parker@usdoj.gov

MAKAN DELRAHIM
Assistant Attorney General
ANDREW C. FINCH
Principal Deputy Assistant Attorney General
MICHAEL F. MURRAY
Deputy Assistant Attorney General
WILLIAM J. RINNER
Acting Chief of Staff and Senior Counsel
U.S. Department of Justice
Antitrust Division
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

Attorneys for the United States

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U-BLOX AG; U-BLOX SAN DIEGO INC.; and U-BLOX AMERICA, INC; <br><br> Plaintiffs; <br><br> v. <br><br> INTERDIGITAL, INC.; INTERDIGITALCOMMUNICATIONS, INC.; INTERDIGITALTECHNOLOGY CORPORATION; INTERDIGITAL PATENT HOLDINGS, INC.; INTERDIGITAL HOLDINGS INC.; and IPR LICENSING, INC.; <br><br> Defendants. | Case No.: 3:19-cv-0001-CAB(BLM) <br><br> **NOTICE OF INTENT TO FILE A STATEMENT OF INTEREST OF THE UNITED STATES OF AMERICA** |

The United States respectfully submits this notice pursuant to 28 U.S.C. § 517, which permits the Attorney General to direct any officer of the Department of Justice to attend to the interests of the United States in any case pending in a federal court. The United States enforces the federal antitrust laws and has a strong interest in ensuring that

1

UNITED STATES' NOTICE OF INTENT TO FILE                    3:19-cv-0001-CAB(BLM)

allegations of antitrust violations are adjudicated so as to preserve, and not distort, competition in the market.

The Antitrust Division of the Department of Justice intends to file a Statement of Interest of the United States in this case to explain its view that Plaintiffs' Fourth Cause of Action, "antitrust monopolization in violation of Section 2 of the Sherman Act," does not properly sound in antitrust law and that injunctive relief granted on that basis would risk distorting licensing negotiations for standard essential patents.  Plaintiffs' application for a temporary restraining order ("TRO") brings the viability of its monopolization claims squarely before the Court at this initial stage of litigation.  The Antitrust Division believes the Court would benefit from receiving a Statement of Interest of the United States prior to ruling on the TRO application.

The United States would ordinarily file its Statement of Interest in accordance with the briefing schedule set by the Court—in this instance, by January 25, 2019, in advance of the TRO hearing.  Due to a lapse in funding that took effect at the Antitrust Division at midnight on January 4, 2019, however, the Division is prohibited by the Anti-deficiency Act, 31 U.S.C. § 1341, from working at this time on such a Statement of Interest.  If the TRO hearing cannot reasonably be delayed until after Department of Justice appropriations have been restored, then the United States would be unable to submit its views in advance of the hearing, unless the Court issues an order requesting the United States do so.

DATED:  January 11, 2019

Respectfully submitted,

ADAM BRAVERMAN
United States Attorney

*s/Katherine L. Parker*
KATHERINE L. PARKER
Assistant U.S. Attorney
Chief, Civil Division

MAKAN DELRAHIM
Assistant Attorney General
ANDREW C. FINCH
Principal Deputy Assistant Attorney General
MICHAEL F. MURRAY
Deputy Assistant Attorney General
WILLIAM J. RINNER
Acting Chief of Staff and Senior Counsel

Attorneys for the United States