| | |
|---|---|
| DAVID S. STEUER, CA Bar No. 127059<br>dsteuer@wsgr.com<br>MICHAEL B. LEVIN, CA Bar No. 172329<br>mlevin@wsgr.com<br>MAURA L. REES, CA Bar No. 191698<br>mrees@wsgr.com<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, California 94304-1050<br>Telephone: (650) 493-9300<br>Facsimile: (650) 493-6811 | NATALIE J. MORGAN, CA Bar No. 211143<br>nmorgan@wsgr.com<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>12235 El Camino Real<br>San Diego, California 92130-3002<br>Telephone: (858) 350-2300<br>Facsimile: (858) 350-2399 |

LUCY YEN, CA Bar No. 224559
lyen@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, New York 10019-6022
Telephone: (212) 999-5800
Facsimile: (212) 999-5899

*Attorneys for Defendants*
*InterDigital, Inc. et al.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**SAN DIEGO DIVISION**

| | |
|---|---|
| U-BLOX AG, U-BLOX SAN DIEGO, INC., AND U-BLOX AMERICA, INC.,<br><br>        Plaintiffs,<br><br>v.<br><br>INTERDIGITAL, INC.; INTERDIGITAL COMMUNICATIONS, INC.; INTERDIGITAL TECHNOLOGY CORPORATION ; INTERDIGITAL PATENT HOLDINGS, INC. ; INTERDIGITAL HOLDINGS, INC.; and IPR LICENSING, INC.,<br><br>        Defendants. | Case No.: 19-cv-00001-CAB-BLM<br><br>**JOINT MOTION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**<br><br>Judge: Hon. Cathy Ann Bencivengo<br>Courtroom: 4C |

| | |
|---|---|
| 1 | Pursuant to Local Civil Rule 12.1, Plaintiffs u-blox AG, u-blox San Diego, |
| 2 | Inc., and u-blox America, Inc. (collectively, "Plaintiffs" or "u-blox") and |
| 3 | InterDigital, Inc., InterDigital Communications, Inc., InterDigital Technology |
| 4 | Corporation, InterDigital Patent Holdings, Inc., InterDigital Holdings, Inc., and |
| 5 | IPR Licensing, Inc. (collectively, "Defendants" or "InterDigital") bring this Joint |
| 6 | Motion to extend time for Defendants to respond to Plaintiffs' Complaint. |

On January 1, 2019, Plaintiffs filed their Complaint and an *Ex Parte* Application for Temporary Restraining Order and Order to Show Cause Re Preliminary Injunction. Dkt. Nos. 1, 2. Because of the upcoming briefing and hearing in connection with Plaintiffs' *Ex Parte* Application (*see* Dkt. No. 25), Defendants requested that Plaintiffs agree to extend the deadline for Defendants to respond to Plaintiffs' Complaint.

Counsel for Plaintiffs and Defendants have met and conferred, and jointly submit this motion to request that Defendants' deadline for responding to Plaintiffs' Complaint be extended to February 25, 2019.

Dated: January 14, 2019        Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI

By:  /s/ Lucy Yen
       Lucy Yen

Attorneys for Defendants


SHEPPARD, MULLIN, RICHTER & HAMPTON

By:  /s/ Daniel L. Brown
       Daniel L. Brown

Attorneys for Plaintiffs

# **SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedure Manual, I hereby certify that the content of this document is acceptable to counsel for u-blox AG, u-blox San Diego, Inc., and u-blox America, Inc., and I have obtained Daniel L. Brown's authorization to affix his electronic signature to this document.

Dated: January 14, 2019  /s/ *Lucy Yen*
Lucy Yen