**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION**

| | |
|---|---|
| U-BLOX AG, U-BLOX SAN DIEGO, INC., AND U-BLOX AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> INTERDIGITAL, INC.; INTERDIGITAL COMMUNICATIONS, INC.; INTERDIGITAL TECHNOLOGY CORPORATION ; INTERDIGITAL PATENT HOLDINGS, INC. ; INTERDIGITAL HOLDINGS, INC.; and IPR LICENSING, INC., <br><br> Defendants. | Case No.: 19-cv-00001-CAB-BLM <br><br> **ORDER GRANTING INTERDIGITAL'S MOTION FOR LEAVE TO FILE UNDER SEAL [Doc. No. 28]** |

Before the Court is defendants InterDigital, Inc.; InterDigital Communications, Inc.; InterDigital Technology Corporation; InterDigital Patent Holdings, Inc.; InterDigital Holdings, Inc.; and IPR Licensing, Inc.'s (collectively, "InterDigital") Motion for Leave to File Under Seal Portions of InterDigital's Opposition and Certain Supporting Documents. The Court has reviewed InterDigital's Motion For Leave to File Under Seal and finds that compelling reasons exist to grant InterDigital leave to file under seal:

- Documents referencing details of confidential patent license agreements between InterDigital and u-blox and between InterDigital and third party licensees, including discussion of payment obligations under such licenses;
- Confidential communications that are subject to non-disclosure agreements ("NDAs") with InterDigital's licensees or potential licensees, such as u-blox and other third parties;
- Portions of InterDigital's supporting declarations that quote from or paraphrase the information relating to these confidential agreements and licensing communications referenced above; and
- The portions of InterDigital's forthcoming Opposition citing to confidential information contained in the previously referenced documents.

The Court also finds good cause to restrict access to sealed documents to outside counsel as a protective order governing confidentiality has not yet been entered.

Accordingly, InterDigital's Motion for Leave to File Under Seal is **GRANTED.**

Dated: January 14, 2019

Hon. Cathy Ann Bencivengo
United States District Judge