SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
STEPHEN S. KORNICZKY, Cal. Bar No. 135532
skorniczky@sheppardmullin.com
MARTIN R. BADER, Cal. Bar No. 222865
mbader@sheppardmullin.com
MATTHEW W. HOLDER, Cal Bar. No. 217619
mholder@sheppardmullin.com
RYAN P. CUNNINGHAM, Cal Bar No. 275813
rcunningham@sheppardmullin.com
12275 El Camino Real, Suite 200
San Diego, California 92130-2006
Telephone: 858.720.8900
Facsimile: 858.509.3691

DANIEL L. BROWN (Admitted *Pro Hac Vice*)
dbrown@sheppardmullin.com
30 Rockefeller Plaza, 39th Fl.
New York, New York 10112
Telephone: 212.653.8700
Facsimile: 212.653.8701

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U-BLOX AG, U-BLOX SAN DIEGO, INC., AND U-BLOX AMERICA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>INTERDIGITAL, INC.; INTERDIGITAL COMMUNICATIONS, INC; INTERDIGITAL TECHNOLOGY CORPORATION; INTERDIGITAL PATENT HOLDINGS, INC.; INTERDIGITAL HOLDINGS, INC.; and IPR LICENSING, INC.<br><br>Defendants. | Case No.: 19-cv-00001-CAB-BLM<br><br>**PLAINTIFFS' RESPONSE TO THE NOTICE OF INTENT TO FILE A STATEMENT OF INTEREST OF THE UNITED STATES OF AMERICA**<br><br>Judge: Hon. Cathy Ann Bencivengo |

Plaintiffs u-blox AG, u-blox San Diego, Inc., and u-blox America, Inc. (collectively, "u-blox" or "Plaintiffs"), by and through the undersigned counsel, file this Response to the Notice Of Intent To File A Statement Of Interest Of The United States Of America, as follows.

On January 11, 2019, the United States of America submitted a Notice Of Intent To File A Statement Of Interest Of The United States Of America, pursuant to 28 U.S.C. § 517 (the "Notice of Intent") to explain its view concerning Plaintiffs' Fourth Cause of Action, for antitrust monopolization in violation of Section 2 of the Sherman Act, because "Plaintiffs' application for a temporary restraining order ("TRO") brings the viability of its monopolization claims squarely before the Court at this initial stage of litigation."

The United States further explained that it cannot file its Statement of Interest in accordance with the briefing schedule set by the Court due to a lapse in funding and suggests that the TRO hearing be delayed until after Department of Justice appropriations have been restored.

However, "[a] plaintiff need only show success on the merits is likely for one claim, not all claims to meet the burden of establishing an entitlement to a preliminary injunction." *C & C Props. v. Shell Co.*, No. 1:14-CV-01889-JAM-JLT, 2015 WL 5604384, at *4 (E.D. Cal. Sept. 23, 2015), *report and recommendation adopted* (Dec. 3, 2015).

As set forth in u-blox's pleadings in support of u-blox's application for a TRO, u-blox seeks a TRO to maintain the status quo between the parties while this court determines the proper a fair, reasonable and non-discriminatory ("FRAND") terms for a license, and prevent InterDigital from irreparably interfering with u-blox's customer relationships while this action is pending. Indeed, because the FRAND rate will be decided by this Court and u-blox will be an InterDigital licensee, there is no legitimate reason for InterDigital to contact u-

blox's customers during the pendency of this action with respect to u-blox's products.

Therefore, in order to avoid any delay of the TRO hearing currently scheduled for January 31, 2019, and because it is not known when Department of Justice appropriations will be restored, Plaintiffs will agree to withdraw any reliance on its antitrust claim solely for the purposes of Plaintiffs' Request for a TRO (despite Plaintiffs strong belief in the likelihood of success of that claim). As such, the issue raised in the Notice of Intent is moot.

Accordingly, Plaintiffs respectfully request that the Court proceed with the TRO hearing on January 31, 2019 and Plaintiff will not rely on the antitrust claim for purposes of its motion for TRO. Instead, Plaintiff will rely upon the likelihood of success of its Breach of Contract and Declaratory Judgment causes of action.

Dated: January 14, 2019

                SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                By   /s/ *Stephen S. Korniczky*
                      STEPHEN S. KORNICZKY
                      MARTIN R. BADER
                      MATTHEW W. HOLDER
                      DANIEL L. BROWN
                      RYAN P. CUNNINGHAM

                      *Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on January 14, 2019, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.  Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

By   /s/ *Stephen S. Korniczky*
         STEPHEN S. KORNICZKY