UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U-BLOX AG, U-BLOX SAN DIEGO, INC., AND U-BLOX AMERICA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>INTERDIGITAL, INC.; INTERDIGITAL COMMUNICATIONS, INC; INTERDIGITAL TECHNOLOGY CORPORATION; INTERDIGITAL PATENT HOLDINGS, INC.; INTERDIGITAL HOLDINGS, INC.; and IPR LICENSING, INC.<br><br>Defendants. | Case No.: 3:19-cv-00001-CAB-BLM<br><br>**ORDER GRANTING CORRECTED MOTION FOR ORDER TO FILE UNDER SEAL PORTIONS OF THE REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION [Doc. No. 43]**<br><br>**JURY TRIAL DEMANDED**<br><br>**Hon. Cathy Ann Bencivengo<br>Courtroom: 4C<br>Date: January 31, 2019<br>Time: 10:00 a.m.** |

Before the Court is Plaintiffs u-blox's Corrected Motion to File Under Seal Portions of the Reply Memorandum of Points and Authorities in Support of *Ex Parte* Application for Temporary Restraining Order and Order to Show Cause re

Preliminary Injunction. Having considered the Corrected Motion, the Court finds the following list of materials merit sealing, and the Motion is **GRANTED**.

| Portions of Plaintiffs' Reply Memorandum of Points and Authorities in Support of *Ex Parte* Application for Temporary Restraining Order and An Order to Show Cause re Preliminary Injunction to be sealed ||
|---|---|
| **Pg./Line Nos.** | **Order** |
| Page 2/6-7 | Granted |
| Page 4/9-14 | |
| Page 5/10-12 | |
| Page 9/1-3 | |
| Page 10/1-6, 18-19 | |

IT IS SO ORDERED.

Dated: January 28, 2019

_____
Hon. Cathy Ann Bencivengo
United States District Judge