SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
STEPHEN S. KORNICZKY, Cal. Bar No. 135532
skorniczky@sheppardmullin.com
MARTIN R. BADER, Cal. Bar No. 222865
mbader@sheppardmullin.com
MATTHEW W. HOLDER, Cal. Bar. No. 217619
mholder@sheppardmullin.com
ERICKA J. SCHULZ, Cal. Bar. No. 246667
eschulz@sheppardmullin.com
RYAN P. CUNNINGHAM, Cal. Bar No. 275813
rcunningham@sheppardmullin.com
ERIC K. GILL, Cal. Bar No. 292548
egill@sheppardmullin.com
PATRICK M. MCGILL, Cal. Bar No. 284332
pmcgill@sheppardmullin.com
12275 El Camino Real, Suite 200
San Diego, California 92130-2006
Telephone: 858.720.8900
Facsimile: 858.509.3691

DANIEL L. BROWN (Admitted *Pro Hac Vice*)
dbrown@sheppardmullin.com
30 Rockefeller Plaza, 39th Fl.
New York, New York 10112
Telephone: 212.653.8700
Facsimile: 212.653.8701

Attorneys for Plaintiffs.

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U-BLOX AG, U-BLOX SAN DIEGO, INC., AND U-BLOX AMERICA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> INTERDIGITAL, INC.; INTERDIGITAL COMMUNICATIONS, INC; INTERDIGITAL TECHNOLOGY CORPORATION; INTERDIGITAL PATENT HOLDINGS, INC.; INTERDIGITAL HOLDINGS, INC.; and IPR LICENSING, INC. <br><br> Defendants. | **Case No. 3:19-cv-00001-CAB-BLM** <br><br> **NOTICE OF WITHDRAWAL OF PLAINTIFFS' AMENDED ANSWER** <br><br> Judge: Hon. Cathy Ann Bencivengo |

|   |   |
|---|---|
| 1 | Plaintiffs, u-blox AG, u-blox San Diego, Inc., and u-blox America, Inc. |
| 2 | (collectively "u-blox"), hereby withdraw their Amended Answer to Defendants' |
| 3 | Amended Counterclaims, as filed in redacted form on August 16, 2019, Dkt. 101, |
| 4 | and as filed by the Clerk in unredacted form under seal on August 20, 2019, Dkt. |
| 5 | 105, as the Amended Answer does not add any new affirmative defenses to this |
| 6 | matter. |
| 7 | |
| 8 | Dated: September 6, 2019 |

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  */s/ Patrick M. McGill*
STEPHEN S. KORNICZKY
MARTIN R. BADER
MATTHEW W. HOLDER
DANIEL L. BROWN
ERICKA J. SCHULZ
RYAN P. CUNNINGHAM
ERIC K. GILL
PATRICK M. MCGILL

Attorneys for Plaintiffs,
u-blox AG, u-blox San Diego, Inc.,
and u-blox America, Inc.

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on September 6, 2019, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

By  /s/ *Patrick M. McGill*
    Patrick M. McGill