DAVID S. STEUER, CA Bar No. 127059
dsteuer@wsgr.com
MICHAEL B. LEVIN, CA Bar No. 172329
mlevin@wsgr.com
MAURA L. REES, CA Bar No. 191698
mrees@wsgr.com
RYAN R. SMITH, CA Bar No. 229323
rsmith@wsgr.com
WILSON SONSINI GOODRICH & ROSATI P.C.
650 Page Mill Road
Palo Alto, California 94304-1050
Telephone:  (650) 493-9300

LUCY YEN, CA Bar No. 224559
lyen@wsgr.com
WILSON SONSINI GOODRICH & ROSATI P.C.s
1301 Avenue of the Americas, 40th Floor
New York, New York 10019-6022
Telephone:  (212) 999-5800

NATALIE J. MORGAN, CA Bar No. 211143
nmorgan@wsgr.com
WILSON SONSINI GOODRICH & ROSATI P.C.
12235 El Camino Real
San Diego, California 92130-3002
Telephone: (858) 350-2300

Attorneys for Defendants and Counterclaimants
*InterDigital, Inc. et al.*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
## SAN DIEGO DIVISION

| | |
|---|---|
| U-BLOX AG, U-BLOX SAN DIEGO, INC., AND U-BLOX AMERICA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>INTERDIGITAL, INC.; INTERDIGITAL COMMUNICATIONS, INC.; INTERDIGITAL TECHNOLOGY CORPORATION; INTERDIGITAL PATENT HOLDINGS, INC.; INTERDIGITAL HOLDINGS, INC.; and IPR LICENSING, INC.,<br><br>Defendants. | No.: 19-cv-00001-CAB-AHG<br><br>**PATENT L.R 4.2 JOINT CLAIM CONSTRUCTION HEARING STATEMENT**<br><br>The Hon. Cathy Ann Bencivengo |

Pursuant to Patent Local Rule 4.2 and this Court's Scheduling Order, Plaintiffs u-blox AG, u-blox San Diego, Inc., and u-blox America, Inc. (collectively, "u-blox") and Defendants and Counterclaimants InterDigital, Inc., InterDigital Communications, Inc., InterDigital Technology Corporation, InterDigital Patent Holdings, Inc., InterDigital Holdings, Inc., and IPR Licensing, Inc. (collectively, "InterDigital"), submit this Joint Claim Construction Chart, Joint Claim Construction Worksheet, and Joint Claim Construction Hearing Statement.

## I.   IDENTIFICATION OF CLAIM TERM

The term to be construed is identified in the Claim Construction Worksheet, attached hereto as Appendix A, and separately provided in Word format to the Court, as well as the Joint Claim Construction Chart, attached hereto as Appendix B. Brief summaries of anticipated expert testimony to be offered by each party are provided in Appendix B.  The Parties will complete all expert discovery intended for use in the Claim Construction Hearing by November 8, 2019, per the Court's Scheduling Order.  Dkt. 83 at ¶ 10.

Pursuant to Patent Local Rule 4.2(a), the parties identify the following term from U.S. Patent No. 8,443,876 ("the '876 patent"), which is the only term the parties have identified for construction: "***first time intervals***."

The parties do not identify any terms from U.S. Patent No. 8,953,548.

## II.   ANTICIPATED TIME FOR CLAIM CONSTRUCTION HEARING

The parties agree that up to ninety (90) minutes may be required to address the term proposed for construction, with each side allotted forty-five (45) minutes. If the Court orders a technology tutorial, each party should be allocated additional time for its presentation.

## III.   WITNESSES

The parties reserve the right to call witnesses at the Claim Construction Hearing and may seek to introduce expert declarations and deposition testimony.

## IV.   ORDER OF PRESENTATION

The Parties agree that InterDigital, as the patentee, should present first.  The Parties agree that, should the Court order a technology tutorial, InterDigital will present its tutorial first.

Dated:  October 11, 2019

Respectfully submitted,

| | |
|---|---|
| WILSON SONSINI GOODRICH & ROSATI P.C. | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| /s/ Ryan R. Smith | /s/ Patrick M. McGill |
| DAVID S. STEUER<br>MICHAEL B. LEVIN<br>MAURA L. REES<br>RYAN R. SMITH<br>650 Page Mill Road<br>Palo Alto, California 94304-1050<br>Telephone: (650) 493-9300<br><br>LUCY YEN<br>1301 Avenue of the Americas, 40th Floor<br>New York, NY 10019-6022<br>Telephone: (212) 999-5800<br><br>NATALIE J. MORGAN<br>12235 El Camino Real<br>San Diego, California 92130-3002<br>Telephone: (858) 350-2300<br><br>*Counsel for Defendants InterDigital, Inc., InterDigital Communications, Inc., InterDigital Technology Corporation, InterDigital Patent Holdings Inc., InterDigital Holdings, Inc., and IPR Licensing, Inc.* | STEPHEN S. KORNICZKY<br>MARTIN R. BADER<br>MATTHEW W. HOLDER<br>ERICKA J. SCHULZ<br>DANIEL L. BROWN<br>RYAN P. CUNNINGHAM<br>ERIC K. GILL<br>PATRICK M. MCGILL<br>12275 El Camino Real, Suite 200<br>San Diego, California  92130-2006<br>Telephone:  858.720.8900<br>Facsimile:   858.509.3691<br><br>DANIEL L. BROWN<br>(Admitted *Pro Hac Vice*)<br>30 Rockefeller Plaza, 39th Fl.<br>New York, New York  10112<br>Telephone:  212.653.8700<br>Facsimile:   212.653.8701<br><br>*Attorneys for Plaintiffs u-blox AG, u-blox San Diego, Inc., and u-blox America, Inc.* |

1

## **SIGNATURE CERTIFICATION**

2       Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative

3   Policies and Procedures Manual, I hereby certify that the content of this document

4   is acceptable to counsel for u-blox, AG, u-blox San Diego, Inc., and u-blox

5   America, Inc., and I have obtained Patrick M. McGill's authorization to affix his

6   electronic signature to this document.

7

8   October 11, 2019                                         */s/ Ryan R. Smith*

9                                                              Ryan R. Smith

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PATENT L.R. 4.2 JOINT CLAIM
CONSTRUCTION HEARING STATEMENT

CASE NO.: 19-cv-00001-CAB-AHG