# APPENDIX A

# JOINT CLAIM CONSTRUCTION WORKSHEET
# U.S. Patent No. 8,432,876

APPENDIX A

JOINT CLAIM CONSTRUCTION WORKSHEET

U.S. Patent No. 8,432,876

| PATENT CLAIM | AGREED PROPOSED CONSTRUCTION | INTERDIGITAL'S PROPOSED CONSTRUCTION | U-BLOX'S PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| 1. A subscriber unit, comprising:<br>   a. circuitry configured to monitor control information in each of a plurality of **first time intervals**, wherein a second time interval is divided into the **first time intervals**,<br>   b. wherein the control information includes a forward traffic channel allocation information and a reverse traffic channel allocation information,<br>   c. wherein the control information in each first time interval is received in less than or equal to a slot, and<br>   d. wherein the second time interval is defined by a plurality of slots;<br>   e. circuitry further configured to receive forward traffic data in one of the | | No construction needed; plain meaning should govern. If the Court deems a construction is necessary, then "intervals of time consisting of a plurality of slots" | "intervals of time for receiving/transmitting traffic data and control data without using separate and independent channels" | |

| PATENT CLAIM | AGREED PROPOSED CONSTRUCTION | INTERDIGITAL'S PROPOSED CONSTRUCTION | U-BLOX'S PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| plurality of **first time intervals** in accordance with the control information including the forward traffic channel allocation information for the subscriber unit;<br>   f.   circuitry further configured to receive forward traffic data in all of the plurality of **first time intervals** in accordance with receiving forward traffic channel allocations for the subscriber unit associated with all of the plurality of **first time intervals**; and<br>   g.   circuitry further configured to transmit reverse traffic data in one of the plurality of **first time intervals** in accordance with the control information including the reverse traffic channel allocation information for the subscriber unit. | | | | |
| 7. A method for receiving data at a subscriber unit, comprising:<br>   a.   monitoring control information in each of a | | No construction needed; plain meaning should govern. If the Court deems a construction is necessary, then | "intervals of time for receiving/transmitting traffic data and control data without using separate and independent channels" | |

| PATENT CLAIM | AGREED PROPOSED CONSTRUCTION | INTERDIGITAL'S PROPOSED CONSTRUCTION | U-BLOX'S PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| plurality of **first time intervals**,<br>   b.  wherein a second time interval is divided into the **first time intervals**,<br>   c.  wherein the control information includes a forward traffic channel allocation information and a reverse traffic channel allocation information,<br>   d.  wherein the control information is received in a first time interval less than or equal to a slot, and<br>   e.  wherein the second time interval is defined by a plurality of slots;<br>   f.  receiving forward traffic data in one of the plurality of **first time intervals** in accordance with the control information including the forward traffic channel allocation information for the subscriber unit;<br>   g.  receiving forward traffic data in all of the plurality of **first time intervals** accordance with | | "intervals of time consisting of a plurality of slots" | | |

-3-

| PATENT CLAIM | AGREED PROPOSED CONSTRUCTION | INTERDIGITAL'S PROPOSED CONSTRUCTION | U-BLOX'S PROPOSED CONSTRUCTION | COURT'S CONSTRUCTION |
|---|---|---|---|---|
| receiving forward traffic channel allocations for the subscriber unit associated with all of the plurality of **first time intervals**; and<br>   h. transmitting reverse traffic data in one of the plurality of **first time intervals** in accordance with the control information including the reverse traffic channel allocation information for the subscriber unit. | | | | |