| | |
|---|---|
| 1 | DAVID S. STEUER, CA Bar No. 127059 |
|   | dsteuer@wsgr.com |
| 2 | MICHAEL B. LEVIN, CA Bar No. 172329 |
|   | mlevin@wsgr.com |
| 3 | MAURA L. REES, CA Bar No. 191698 |
|   | mrees@wsgr.com |
| 4 | WILSON SONSINI GOODRICH & ROSATI P.C. |
|   | 650 Page Mill Road |
| 5 | Palo Alto, California 94304-1050 |
|   | Telephone: (650) 493-9300 |
| 6 | |
| 7 | LUCY YEN, CA Bar No. 224559 |
|   | lyen@wsgr.com |
| 8 | WILSON SONSINI GOODRICH & ROSATI P.C.s |
|   | 1301 Avenue of the Americas, 40th Floor |
| 9 | New York, New York 10019-6022 |
|   | Telephone: (212) 999-5800 |
| 10 | NATALIE J. MORGAN, CA Bar No. 211143 |
|   | nmorgan@wsgr.com |
| 11 | WILSON SONSINI GOODRICH & ROSATI P.C. |
|   | 12235 El Camino Real |
| 12 | San Diego, California 92130-3002 |
|   | Telephone: (858) 350-2300 |
| 13 | |
| 14 | Attorneys for Defendants and Counterclaimants |
|   | *InterDigital, Inc. et al.* |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**SAN DIEGO DIVISION**

| | | |
|---|---|---|
| U-BLOX AG, U-BLOX SAN DIEGO, INC., AND U-BLOX AMERICA, INC., | ) ) ) | No.: 19-cv-00001-CAB-AHG |
|  | ) | **JOINT MOTION FOR** |
| Plaintiffs, | ) | **EXTENSION OF TIME** |
| v. | ) ) |  |
| INTERDIGITAL, INC.; INTERDIGITAL COMMUNICATIONS, INC.; INTERDIGITAL TECHNOLOGY CORPORATION; INTERDIGITAL PATENT HOLDINGS, INC.; INTERDIGITAL HOLDINGS, INC.; and IPR LICENSING, INC., | ) ) ) ) ) ) ) |  |
| Defendants. | ) ) |  |

Plaintiffs and Counter-defendants u-blox AG, u-blox San Diego, Inc., and u-blox America, Inc. ("u-blox"), and Defendants and Counterclaimants InterDigital, Inc., InterDigital Communications, Inc., InterDigital Technology Corporation, InterDigital Patent Holdings, Inc., InterDigital Holdings, Inc., and IPR Licensing, Inc. ("InterDigital") (collectively, the "Parties") hereby jointly move to extend the deadline to contact the Court regarding potential discovery disputes arising out of the Parties' respective responses to outstanding Requests for Production and Interrogatories from October 31, 2019 to November 7, 2019.

On Monday, September 16, 2019, the Parties served the following discovery responses: (i) Amended Response to Defendants' First Set of Requests for Production to Plaintiffs; (ii) Supplemental Responses to Defendants' First Set of Interrogatories to Plaintiffs; (iii) Defendants' Supplemental and Amended Responses and Objections to Plaintiffs u-blox AG, u-blox San Diego, Inc., and u-blox America, Inc.'s First Set of Requests for Production; and (iv) Defendants' Supplemental Responses and Objections to Plaintiff u-blox AG, u-blox San Diego, Inc., and u-blox America, Inc.'s First Set of Interrogatories to Defendants.

Pursuant to the Civil Pretrial Procedures of Magistrate Judge Allison H. Goddard, the Parties must raise disputes arising out of these discovery responses by 45 days after service of the discovery response in dispute. The Parties request that the deadline to raise with the court discovery disputes arising out of any of the aforementioned discovery responses be extended from October 31, 2019 to November 7, 2019.

Since the discovery responses were served on September 16, the Parties have diligently sought to resolve the discovery disputes that arose thereunder and have resolved several such disputes.[1]  However, despite their best efforts, some disputes

---

[1] Specifically, the parties have held meet and confer teleconferences on September 27 and October 21, and exchanged over a dozen written communications, including

1  remain unresolved.  The Parties are committed to resolving these remaining disputes
2  without the need for court intervention and request an additional week to continue
3  meeting and conferring to accomplish this goal. The proposed amended deadline
4  will not affect the schedule of this case or any other deadlines set by the Court.
5  Accordingly, good cause exists to extend this deadline.

---

lengthy letters on September 23, September 24, September 27, October 1, October 9, October 14, October 18, and October 24.

| | |
|---|---|
| Dated:  October 30, 2019 | Respectfully submitted, |
| | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| | By:   /s/ Lucy Yen |
| | Lucy Yen<br>lyen@wsgr.com<br>WILSON SONSINI GOODRICH & ROSATI<br>1301 Avenue of the Americas, 40th Floor<br>New York, NY  10019-6022<br>Telephone:  (212) 999-5800 |
| | David S. Steuer<br>dsteuer@wsgr.com<br>Michael B. Levin<br>mlevin@wsgr.com<br>Maura L. Rees<br>mrees@wsgr.com<br>WILSON SONSINI GOODRICH & ROSATI<br>650 Page Mill Road<br>Palo Alto, California 93404-1050<br>Telephone: (650) 493-9300 |
| | Natalie J. Morgan<br>nmorgan@wsgr.com<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>12235 El Camino Real<br>San Diego, California 92130-3002<br>Telephone:  (858) 350-2300 |
| | *Counsel for Defendants and Counterclaim Plaintiffs InterDigital, Inc., InterDigital Communications, Inc., InterDigital Technology Corporation, InterDigital Patent Holdings Inc., InterDigital Holdings, Inc., and IPR Licensing, Inc.* |

| | |
|---|---|
| 1 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| 2 | |
| 3 | By:  /s/ Patrick M. McGill |
| 4 | Daniel L. Brown |
| 5 | SHEPPARD MULLIN RICHTER & HAMPTON LLP |
| 6 | 30 Rockefeller Plaza |
| 7 | New York, New York 10112<br>Telephone: (212) 653-8700 |
| 8 | |
| 9 | Stephen S. Korniczky |
| 10 | Martin R. Bader<br>Matthew W. Holder |
| 11 | Ericka K. Schultz |
| 12 | Ryan P. Cunningham<br>Patrick M. McGill |
| 13 | SHEPPARD MULLIN RICHTER & HAMPTON LLP |
| 14 | 12275 El Camino Real, Suite 200 |
| 15 | San Diego, CA  92130<br>Telephone: (858) 720-8900 |
| 16 | |
| 17 | *Counsel for Plaintiffs and Counterclaim Defendants u-blox AG, u-blox San Diego, Inc., and u-blox America, Inc.* |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**SIGNATURE ATTESTATION**

I, Lucy Yen, hereby attest that I obtained the concurrence of Patrick M. McGill in filing this document. I declare under penalty of the laws of the United States that the foregoing is true and correct.

Executed this 30th day of October 2019 at New York, NY.

Dated:  October 30, 2019	Respectfully submitted

	WILSON SONSINI GOODRICH & ROSATI
	Professional Corporation

	By:  */s/ Lucy Yen*
	       Lucy Yen

	*Counsel for Defendants and Counterclaim Plaintiffs InterDigital, Inc., InterDigital Communications, Inc., InterDigital Technology Corporation, InterDigital Patent Holdings Inc., InterDigital Holdings, Inc., and IPR Licensing, Inc.*

-5-

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on October 30, 2019, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.  Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

By: */s/ Lucy Yen*
Lucy Yen

*Counsel for Defendants and Counterclaim Plaintiffs InterDigital, Inc., InterDigital Communications, Inc., InterDigital Technology Corporation, InterDigital Patent Holdings Inc., InterDigital Holdings, Inc., and IPR Licensing, Inc.*