SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
STEPHEN S. KORNICZKY, Cal. Bar No. 135532
skorniczky@sheppardmullin.com
MARTIN R. BADER, Cal. Bar No. 222865
mbader@sheppardmullin.com
MATTHEW W. HOLDER, Cal. Bar. No. 217619
mholder@sheppardmullin.com
ERICKA J. SCHULZ, Cal Bar No. 246667
eschulz@sheppardmullin.com
RYAN P. CUNNINGHAM, Cal. Bar No. 275813
rcunningham@sheppardmullin.com
ERIC K. GILL, Cal. Bar No. 292548
egill@sheppardmullin.com
PATRICK M. MCGILL, Cal. Bar No. 284332
pmcgill@sheppardmullin.com
12275 El Camino Real, Suite 200
San Diego, California  92130-2006
Telephone:  858.720.8900
Facsimile:   858.509.3691

DANIEL L. BROWN (Admitted *Pro Hac Vice*)
dbrown@sheppardmullin.com
30 Rockefeller Plaza, 39th Fl.
New York, New York  10112
Telephone:  212.653.8700
Facsimile:   212.653.8701

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U-BLOX AG, U-BLOX SAN DIEGO, INC., AND U-BLOX AMERICA, INC., <br><br>Plaintiffs,<br><br>v.<br><br>INTERDIGITAL, INC.; INTERDIGITAL COMMUNICATIONS, INC; INTERDIGITAL TECHNOLOGY CORPORATION; INTERDIGITAL PATENT HOLDINGS, INC.; INTERDIGITAL HOLDINGS, INC.; and IPR LICENSING, INC.<br><br>Defendants. | **Case No. 3:19-cv-00001-CAB-AHG**<br><br>**JOINT MOTION FOR DISMISSAL**<br><br>Judge:  Hon. Cathy Ann Bencivengo |

1   Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiffs u-blox
2   AG; u-blox San Diego, Inc.; and u-blox America, Inc. (collectively "u-blox"), and
3   Defendants InterDigital, Inc.; InterDigital Communications, Inc.; InterDigital
4   Technology Corporation; InterDigital Patent Holdings, Inc.; and IPR Licensing, Inc.
5   (collectively "InterDigital") (collectively, the "Parties"), through their counsel of
6   record, hereby jointly move the Court to dismiss the following claims and
7   counterclaims in this action with prejudice, each party bearing its own fees and
8   costs: First Cause of Action (Breach of Contract); Second Cause of Action
9   (Promissory Estoppel); Third Cause of Action (Declaratory Judgment); Fourth
10  Cause of Action (Antitrust Monopolization in Violation of Section 2 Of The
11  Sherman Act); Counterclaim I (Declaratory Judgment that InterDigital Did Not
12  Breach, Satisfied, and Discharged FRAND Commitments); Counterclaim II (Breach
13  of Obligation to Negotiate in Good Faith); and Counterclaim V (Intentional
14  Interference With Contract).

15  The Parties, through their counsel of record, also move the Court to dismiss
16  the following claims and counterclaims in this action without prejudice, each party
17  bearing its own fees and costs: Fifth Cause of Action (Declaratory Judgment of
18  Non-Infringement of U.S. Patent No. 8,432,876); Sixth Cause of Action
19  (Declaratory Judgment of Non-Infringement of U.S. Patent No. 8,953,548);
20  Counterclaim III (Infringement of U.S. Patent No. 8,432,876 Asserted by IPR
21  Licensing, Inc.); and Counterclaim IV (Infringement of U.S. Patent No. 8,953,548
22  Asserted by InterDigital Patent Holdings, Inc.).

23  Accordingly, because all parties in this action have entered into a license
24  agreement and stipulated to the dismissal of each and every cause of action in this
25  matter, this action shall be dismissed in its entirety.

| | | |
|---|---|---|
| 1 | Dated: November 4, 2019 | |
| 2 | WILSON SONSINI GOODRICH & ROSATI P.C. | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| 3 | | |
| 4 | */s/Michael B. Levin* | */s/Stephen S. Korniczky* |
| | DAVID S. STEUER | STEPHEN S. KORNICZKY |
| 5 | MICHAEL B. LEVIN | MARTIN R. BADER |
| 6 | MAURA L. REES | MATTHEW W. HOLDER |
| | 650 Page Mill Road | ERICKA J. SCHULZ |
| 7 | Palo Alto, California 94304-1050 | DANIEL L. BROWN |
| 8 | Telephone: (650) 493-9300 | RYAN P. CUNNINGHAM |
| | | ERIC K. GILL |
| 9 | LUCY YEN | PATRICK M. MCGILL |
| 10 | 1301 Avenue of the Americas, 40th Floor | 12275 El Camino Real, Suite 200 |
| | | San Diego, California 92130-2006 |
| 11 | New York, NY 10019-6022 | Telephone: 858.720.8900 |
| 12 | Telephone: (212) 999-5800 | Facsimile: 858.509.3691 |
| 13 | NATALIE J. MORGAN | DANIEL L. BROWN |
| 14 | 12235 El Camino Real | (Admitted *Pro Hac Vice*) |
| | San Diego, California 92130-3002 | 30 Rockefeller Plaza, 39th Fl. |
| 15 | Telephone: (858) 350-2300 | New York, New York 10112 |
| 16 | | Telephone: 212.653.8700 |
| | *Counsel for Defendants* | Facsimile: 212.653.8701 |
| 17 | *InterDigital, Inc., InterDigital* | |
| 18 | *Communications, Inc., InterDigital Technology Corporation,* | *Attorneys for Plaintiffs* |
| 19 | *InterDigital Patent Holdings Inc.,* | *u-blox AG, u-blox San Diego, Inc., and u-blox America, Inc.* |
| | *InterDigital Holdings, Inc., and* | |
| 20 | *IPR Licensing, Inc.* | |

# SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedure Manual, I hereby certify that the content of this document is acceptable to counsel for InterDigital, Inc., InterDigital Communications, Inc., InterDigital Technology Corporation, InterDigital Patent Holdings Inc., InterDigital Holdings, Inc., and IPR Licensing, Inc., and I have obtained Michael B. Levin's authorization to affix his electronic signature to this document.

Dated: November 4, 2019

By  */s/ Patrick M. McGill*
    Patrick M. McGill

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on November 4, 2019, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.  Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

By  */s/ Patrick M. McGill*
    Patrick M. McGill